COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE OF INTENT TO DISMISS FOR WANT OF JURISDICTION

Appellate case name:      Joseph Andre Davis v. Floyd Daniel Lopez

Appellate case number:    01-15-00356-CV

Trial court case number:  2014-58410

Trial court:              245th District Court of Harris County

The Court has directed me to notify you that the Court may dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). The notice of appeal seeks to appeal from the "interlocutory judgment of 245th District Court Judge Roy L. Moore on April 10, 2015 to set a trial date for Original Petition in Suit Affecting the Parent-Child Relationship and all adverse interlocutory rulings that merged into the judgment." Thus, appellant appears to be attempting to appeal from one or more interlocutory orders. This Court generally has jurisdiction only over appeals from final judgments unless a statute authorizes an interlocutory appeal. *See CMH Homes v. Perez, 340* S.W.3d 444, 447–48 (Tex. 2011); *see also*, *e.g.*, TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2015) (authorizing appeals from certain interlocutory orders). Accordingly, the Court may dismiss this appeal for want of jurisdiction unless you file a written response to this notice providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law, showing that this Court has jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3(a), 43.2(f). **Any response must be filed within 14 days of the date of this notice.**

Clerk's signature: _____
                   Christopher A. Prine, Clerk of the Court

Date:  August 6, 2015